ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
CHRISTOPHER P. GREWE (SBN 245938)
cgrewe@carrferrell.com
**CARR & FERRELL LLP**
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Fax: (650) 812-3444

Attorneys for Plaintiffs
Steven F. Reiber and Mary L. Reiber

Kurt M. Kjelland (SBN 172076)
kkjelland@goodwinprocter.com
**GOODWIN PROCTER LLP**
4365 Executive Drive, 3rd Floor
San Diego, CA 92121-2125
Telephone: (858) 202-2700
Fax: (858) 457-1255

Attorneys for Defendants TDK Corporation,
SAE Magnetics (H.K.) Ltd., Husko, Inc., and
Headway Technologies, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN F. REIBER and MARY L. REIBER<br><br>Plaintiffs,<br><br>v.<br><br>TDK CORPORATION, SAE MAGNETICS (H.K.) LTD., HUSKO, INC., and HEADWAY TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:11-cv-01057-WBS-KJN<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

**PURSUANT TO STIPULATION IT IS ORDERED THAT**

Defendants will have to and including July 5, 2011, to serve and file an answer or other response to the Complaint.

Dated: May 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE