ROBERT J. YORIO (SBN 93178)
yorio@carrferrell.com
**CARR & FERRELL LLP**
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3442

Attorneys for Plaintiffs
Steven F. Reiber and Mary L. Reiber

Kurt M. Kjelland (SBN 172076)
kkjelland@goodwinprocter.com
Nicole S. Cunningham (SBN 234390)
NSCunningham@goodwinprocter.com
**GOODWIN PROCTER LLP**
4365 Executive Drive, 3rd Floor
San Diego, CA 92121-2125
Telephone: (858) 202-2700
Facsimile: (858) 457-1255

Attorneys for Defendants TDK Corporation,
SAE Magnetics (H.K.) Ltd., Husko, Inc., and
Headway Technologies, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN F. REIBER and MARY L. REIBER<br><br>Plaintiffs,<br><br>v.<br><br>TDK CORPORATION, SAE MAGNETICS (H.K.) LTD., HUSKO, INC., and HEADWAY TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. 2:11-cv-01057-WBS-KJN<br><br>**ORDER ON AMENDED JOINT STATUS REPORT**<br><br>Date:      June 25, 2012<br>Time:      2:00 P.M.<br>Courtroom: 5<br>Judge:     Hon. William B. Shubb |

Plaintiffs Steven F. Reiber and Mary L. Reiber ("Plaintiffs") and Defendants TDK Corporation, SAE Magnetics (H.K.) Ltd., Husko, Inc., and Headway Technologies, Inc. ("Defendants"), have submitted their Amended Joint Status Report [Dkt No. 28] and propose that the Scheduling Conference be continued to September 4, 2012 and that the Court waive appearance at the June 25, 2012 Conference.

1   IT IS HEREBY ORDERED that the Scheduling Conference be continued to **September 4, 2012 at 2:00 p.m**. and that the June 25, 2012 Conference is vacated.  A Joint Status Report shall be filed no later than **August 21, 2012**.

Dated:  June 13, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE