Robert J. Yorio (SBN 93178)
Marcus H. Yang (SBN 273509)
**CARR & FERRELL LLP**
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444
Email Address:  yorio@carrferrell.com
Email Address:  myang@carrferrell.com

*Attorneys for Plaintiffs*
*Steven F. Reiber and Mary L. Reiber*


Terry Garnett (SBN 151212)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone No.: (213) 426-2500
Facsimile No.:  (213) 623-1673
Email Address:  tgarnett@goodwinprocter.com

*Attorneys for Defendants*
*TDK CORPORATION, SAE MAGNETICS (H.K.)*
*LTD., HUSKO, INC., and HEADWAY*
*TECHNOLOGIES, INC.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN F. REIBER and MARY L. REIBER<br><br>        Plaintiffs,<br><br>    v.<br><br>TDK CORPORATION, SAE MAGNETICS (H.K.) LTD., HUSKO, INC., and HEADWAY TECHNOLOGIES, INC.,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-cv-01057-WBS-KJN<br><br>**ORDER**<br>**AND CONSENT JUDGMENT** |

It has been represented to the Court that Plaintiffs, Steven F. Reiber and Mary L. Reiber (collectively "Plaintiffs"), and Defendants TDK Corporation, SAE Magnetics (H.K.) Ltd., Husko, Inc. and Headway Technologies, Inc. (collectively "Defendants"), have agreed to settle this Civil

Action, including all claims and counterclaims brought in this Civil Action.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court has jurisdiction over the parties and subject matter of this action.

2. Defendants stipulate that they have not sustained their burden of proving the invalidity of any claim in United States Patent Nos. 6,354,479 and 6,651,864, entitled *Dissipative Ceramic Bonding Tip* and *Dissipative Ceramic Bonding Tool Tip*, and issued March 12, 2002 and November 25, 2003, respectively (the "Patents-in-Suit").

3. All claims and counterclaims between Plaintiffs and Defendants in this Civil Action are hereby dismissed with prejudice.

4. Each party shall bear its own costs and attorneys' fees.

5. The parties agree that this Order represents a final adjudication of their claims and counterclaims which were or could have been asserted in the action.

6. This Judgment is final, enforceable and non-appealable.

IT IS SO ORDERED.

Dated: February 21, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE