ROBERT J. YORIO (SBN 93178)
MARCUS H. YANG (SBN 273509)
**CARR & FERRELL LLP**
120 Constitution Drive
Menlo Park, California 94025
Telephone No.: (650) 812-3400
Facsimile No.: (650) 812-3444
Email Address:  yorio@carrferrell.com
Email Address:  myang@carrferrell.com

*Attorneys for Plaintiffs*
*Steven F. Reiber and Mary L. Reiber*

TERRY GARNETT (SBN 151212)
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone No.: (213) 426-2500
Facsimile No.:  (213) 623-1673
Email Address:  tgarnett@goodwinprocter.com

*Attorneys for Defendants*
*TDK CORPORATION, SAE MAGNETICS (H.K.)*
*LTD., HUSKO, INC., and HEADWAY*
*TECHNOLOGIES, INC.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN F. REIBER and MARY L. REIBER<br><br>Plaintiffs,<br><br>v.<br><br>TDK CORPORATION, SAE MAGNETICS (H.K.) LTD., HUSKO, INC., and HEADWAY TECHNOLOGIES, INC.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-cv-01057-WBS-KJN<br><br>**AMENDED ORDER**<br>**AND CONSENT JUDGMENT** |

It has been represented to the Court that Plaintiffs, Steven F. Reiber and Mary L. Reiber (collectively "Plaintiffs"), and Defendants TDK Corporation, SAE Magnetics (H.K.) Ltd., Husko, Inc. and Headway Technologies, Inc. (collectively "Defendants"), have agreed to settle this Civil

Action, including all claims and counterclaims brought in this Civil Action.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court has jurisdiction over the parties and subject matter of this action.

2. Defendants have not sustained their burden of proving the invalidity of any patent claim in suit, with all claims (1-40) of U.S. Patent No. 6,354,479 (the "'479 patent") and all claims (1-78) of U.S. Patent No. 6,651,864 (the "'864 patent") having been in suit.

3. All claims and counterclaims between Plaintiffs and Defendants in this Civil Action are hereby dismissed with prejudice.

4. Each party shall bear its own costs and attorneys' fees.

5. The parties agree that this Order represents a final adjudication of their claims and counterclaims which were or could have been asserted in the action.

6. This Amended Order and Consent Judgment was rendered prior to trial and at a stage when any issues raised in reexamination were raised or could have been raised by Defendants.

7. This Judgment is final, enforceable and non-appealable.

IT IS SO ORDERED.

Dated: April 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE